McGREGOR W. SCOTT
United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare St., Room 4401
Fresno, CA 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
United States of America

SEALED 

FILED
NOV 02 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE SEARCH OF:

**Location One**:
Assessor Parcel Numbers (APN)
085-270-007-000,
085-270-003-000,
073-400-012-000,

**Location Two**: 13985 Palm Avenue, Dos Palos, California,

CASE NO. 1:18 SW 0 0 4 3 5 SAB

ORDER FOR DESTRUCTION OF BULK MARIJUANA SEIZURE

The United States of America having applied to this Court for an order permitting its agents to destroy any bulk marijuana seized in connection with the execution of the search warrant in this matter pursuant to the duly authorized search warrant in this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Drug Enforcement Administration and other investigative agencies involved in the investigation of this matter are authorized to destroy any bulk marijuana plants or processed marijuana seized in this case in accordance with Drug Enforcement Administration policy and protocol, to include destruction after the videotaping, photographing, and counting of marijuana plants and/or weighing of plants or processed marijuana and after a representative sample consisting of no more than ten pounds and a sample aggregate portion of the whole amount is retained for chemical testing.

Dated: November 2, 2018

STANLEY A. BOONE
U.S. MAGISTRATE JUDGE

Destruction Order                          1