1  McGREGOR W. SCOTT
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America


FILED

NOV 05 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
   DEPUTY CLERK

7
8              IN THE UNITED STATES DISTRICT COURT
9                 EASTERN DISTRICT OF CALIFORNIA
10
11  IN THE MATTER OF THE SEARCH OF:         CASE NO. 1:18-MJ-00435-SAB  SW

12  ASSESSOR PARCEL NUMBERS (APN) 085-      UNITED STATES' MOTION TO UNSEAL
    270-007-000, 085-270-003-000, AND 073-400-  SEARCH WARRANT APPLICATION AND
13  012-000, AND 13985 PALM AVENUE, ALL     PROPOSED ORDER
    IN DOS PALOS, CALIFORNIA
14
15
16
17      The United States of America, by and through its undersigned counsel, hereby moves to unseal

18  the search warrant application in this matter, because the basis for sealing no longer exists.  The search

    warrants have been executed.
19
    Dated: November 5, 2018                   McGREGOR W. SCOTT
20                                             United States Attorney

21                                       By:  /s/ KAREN A. ESCOBAR
                                             KAREN A. ESCOBAR
22                                           Assistant United States Attorney

23                             O R D E R

24  Having considered the foregoing,

25      IT IS ORDERED THAT the search warrant application in the above-captioned matter be

    unsealed.
26
27  DATED: 11/5/2018                         _____
                                             STANLEY A. BOONE
28                                           U.S. MAGISTRATE JUDGE